**SAO**
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
MELISSA BARISHMAN, ESQ.
Nevada Bar No. 12935
E-mail: melissa@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC., a Nevada limited liability company,<br><br>Defendants. | Case No. 2:15-cv-00813-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"), by and through its attorney of record, Wayne Klomp, Esq. of the law firm Snell & Wilmer, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to Wells Fargo's complaint to **June 9, 2015.**

This is the parties' first request for an extension and is not intended to cause any delay or

- 1 -

prejudice to any party.

DATED this 27th day of May, 2015.      DATED this 27th day of May, 2015.

**HOWARD KIM & ASSOCIATES**           **SNELL & WILMER, LLP**

*/s/ Jacqueline A. Gilbert*           */s/ Wayne Klomp*_____
Diana S. Cline, Esq.                  Amy F. Sorenson, Esq.
Nevada Bar No. 10580                  Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.           Andrew M. Jacobs, Esq.
Nevada Bar No. 10593                  Nevada Bar No. 12787
Melissa Barishman, Esq.               Wayne Klomp, Esq.
Nevada Bar No. 12935                  Nevada Bar No. 10109
1055 Whitney Ranch Drive, Suite 110   50 West Liberty Street, Suite 510
Henderson, Nevada 89014               Reno, Nevada 89501-1961
Phone: (702) 485-3300                 Phone: (775) 785-5440
Fax:    (702) 485-3301                Fax:    (775) 785-5441
*Attorneys for SFR Investments Pool 1, LLC*   *Attorneys for Wells Fargo Bank, N.A.*

**ORDER**

    IT IS SO ORDERED.

Dated this 28th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*

- 2 -