ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*SOUTHERN HIGHLANDS*
*COMMUNITY ASSOCIATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~*~

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendant. | Case No. 2:15-cv-00813-RFB-GWF<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION A TWO WEEK EXTENSION TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant Southern Highlands Community Association, by and through Seetal Tejura, Esq. of the Law Firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS, and Plaintiff WELLS FARGO BANK, N.A., by and though Wayne Klomp, Esq. of the Law Firm of SNELL & WILMER, L.L.P., and hereby submit this Stipulation to allow Defendant Southern Highlands Community Association a two-week extension to file its Response to Plaintiff's Complaint.  If granted, the deadline for Defendant Southern Highlands Community Association's Response to the Complaint will be moved from May 27, 2015 to June 10, 2015.

-1-

1  This Stipulation is submitted in good faith and is based upon the undersigned defense
2  counsel's representation that she needs to obtain certain relevant documents related to the claims
3  asserted prior to filing Defendant Southern Highlands Community Association's Response.  This
4  Stipulation is not being submitted for the purpose of causing any undue delay.

5  DATED this 27th day of May, 2015               DATED this 27th day of May, 2015

6  ALVERSON, TAYLOR, MORTENSEN &                  SNELL & WILMER, LLP
   SANDERS

8  By      /s/ Seetal Tejura                     By      Wayne Klomp
          SEETAL TEJURA, ESQ. (#008284)                   AMY SORENSON, ESQ. (#12495)
9         7401 W. Charleston Boulevard                    ANDREW M. JACOBS, ESQ. (#12787)
          Las Vegas, Nevada  89117                        WAYNE KLOMP, ESQ. (#10109)
10        *Attorneys for Defendant*                       50 West Liberty Street, Suite 510
          *SOUTHERN HIGHLANDS*                            Reno NV 89501-1961
11        *COMMUNITY ASSOCIATION*                         *Attorneys for Plaintiff*
                                                          *WELLS FARGO BANK, N.A.*

12  *Electronic signatures entered with permission

### **ORDER**

15  IT IS SO ORDERED.  The deadline for Defendant Southern Highlands Community
16  Association to file its Response to the Complaint is hereby moved from May 27, 2015 to June
17  10, 2015.

18  DATED this ___28th___ day of ___May___, 2015

20  _____
21  GEORGE FOLEY, JR
    United States Magistrate Judge