ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*SOUTHERN HIGHLANDS*
*COMMUNITY ASSOCIATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~*~

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendant. | Case No. 2:15-cv-00813-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

COMES NOW Defendant Southern Highlands Community Association, by and through Seetal Tejura, Esq. of the Law Firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS, and Plaintiff WELLS FARGO BANK, N.A., by and though Wayne Klomp, Esq. of the Law Firm of SNELL & WILMER, L.L.P., and hereby submit this Stipulation to allow Defendant Southern Highlands Community Association to extend the deadline to file its responsive pleading to Plaintiff's Complaint to June 30, 2015.

This is the parties' second request for an extension and is not intended to cause any delay

or prejudice to any party.  Rather, the parties have initiated settlement negotiations and seek to have additional time to pursue a potential settlement.  This Stipulation and Order is made and entered by the Parties in the interest of conserving client and judicial resources, and because the parties are hopeful in reaching a mutually agreeable settlement.

| | |
|---|---|
| DATED this 10th day of June, 2015 | DATED this 10th day of June, 2015 |
| ALVERSON, TAYLOR, MORTENSEN & SANDERS | SNELL & WILMER, LLP |
| By     /s/ Seetal Tejura<br>SEETAL TEJURA, ESQ. (#008284)<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada  89117<br>*Attorneys for Defendant*<br>*SOUTHERN HIGHLANDS*<br>*COMMUNITY ASSOCIATION* | By     /s/ Wayne Klomp<br>AMY SORENSON, ESQ. (#12495)<br>ANDREW M. JACOBS, ESQ. (#12787)<br>WAYNE KLOMP, ESQ. (#10109)<br>50 West Liberty Street, Suite 510<br>Reno NV 89501-1961<br>*Attorneys for Plaintiff*<br>*WELLS FARGO BANK, N.A.* |

*Electronic signatures entered with permission

## **ORDER**

IT IS SO ORDERED.  The deadline for Defendant Southern Highlands Community Association to file its responsive pleading to the Complaint is hereby moved from June 10, 2015 to June 30, 2015.

DATED this ___11th___ day of ___June___, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge