**SAO**
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
MELISSA BARISHMAN, ESQ.
Nevada Bar No. 12935
E-mail: melissa@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC., a Nevada limited liability company,<br><br>Defendants. | Case No. 2:15-cv-00813-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"), by and through its attorney of record, Wayne Klomp, Esq. of the law firm Snell & Wilmer, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to Wells Fargo's complaint to June 30, 2015.

- 1 -

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party. Rather, the parties have initiated settlement negotiations and seek to have additional time to pursue a potential settlement. This Stipulation and Order is made and entered by the Parties in the interest of conserving client and judicial resources, and because the parties are hopeful in reaching a mutually agreeable settlement.

DATED this 9th day of June, 2015.                    DATED this 9th day of June, 2015.

**HOWARD KIM & ASSOCIATES**                          **SNELL & WILMER, LLP**

*/s/Jacqueline A. Gilbert*                           */s/Wayne Klomp*
Diana S. Cline, Esq.                                 Amy F. Sorenson, Esq.
Nevada Bar No. 10580                                 Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.                          Andrew M. Jacobs, Esq.
Nevada Bar No. 10593                                 Nevada Bar No. 12787
Melissa Barishman, Esq.                              Wayne Klomp, Esq.
Nevada Bar No. 12935                                 Nevada Bar No. 10109
1055 Whitney Ranch Drive, Suite 110                  50 West Liberty Street, Suite 510
Henderson, Nevada 89014                              Reno, Nevada 89501-1961
Phone: (702) 485-3300                                Phone: (775) 785-5440
Fax:    (702) 485-3301                               Fax:    (775) 785-5441
*Attorneys for SFR Investments Pool 1, LLC*          *Attorneys for Wells Fargo Bank, N.A.*

## ORDER

IT IS SO ORDERED.

Dated this 11th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for SFR Investments Pool 1, LLC*

- 2 -