Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>    Defendants. | Case No.: 2:15-cv-00813-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO TERRAZA HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS (DKT. #9)**<br><br>**(First Request)** |

It is hereby stipulated by and between Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Terraza Homeowners' Association ("Terraza"), through its attorneys, Leach Johnson Song & Gruchow as follows:

Terraza filed its Motion to Dismiss to Dismiss Complaint for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") on May 26, 2015 (Docket #9). Wells Fargo and Terraza as

1 well as other Defendants have recently entered settlement discussions and it is likely that Terraza
2 and Wells Fargo will agree to dismissal of Terraza shortly. Because the deadline for Wells Fargo
3 to oppose the Motion to Dismiss is currently set for June 12, 2015, and in the interest of
4 conserving client and judicial resources, Wells Fargo and Terraza stipulate and agree that Wells
5 Fargo shall have until June 25, 2015, in which to file its opposition to the Motion to Dismiss in
6 order to give the parties time to finalize terms for Terraza's dismissal. This is the parties' first
7 request for an extension of time to respond to the Motion to Dismiss and is not intended to cause
8 any delay or prejudice to any party.

9 Dated June 12, 2015.

10 SNELL & WILMER L.L.P.     PENGILLY ROBBINS

11 By:   */s/ Wayne Klomp*     By:   */s/ Elizabeth B. Lowell*
Amy F. Sorenson (NV Bar No. 12495)     Chad D. Fuss, Esq.
12 Andrew M. Jacobs (NV Bar No. 12787)     Elizabeth B. Lowell, Esq.
Wayne Klomp (NV Bar No. 10109)     1995 Village Center Cir., Ste. 190
13 50 West Liberty Street, Suite 510     Las Vegas, Nevada 89134-0562
Reno, Nevada 89501-1961     Telephone: (702) 889-6665
14 Telephone: (775) 785-5440     Facsimile: (702) 889-6664
Facsimile: (775) 785-5441     *Attorneys for Defendant Terraza*
15 *Attorneys for Plaintiff Wells Fargo Bank*     *Homeowners Association*

16

17                         **ORDER**

18 **IT IS SO ORDERED.**

19

20 RICHARD F. BOULWARE, II
United States District Judge
21 DATED June 17, 2015.

22 Respectfully submitted by:

23 SNELL & WILMER L.L.P.

24    */s/ Wayne Klomp*
Wayne Klomp, Esq.
25 50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
26 Telephone: (775) 785-5440
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

27

28

- 2 -

21855539

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Diana S. Cline, Esq.
Jacqueline A. Gilbert, Esq.
Howard Kim & Associates
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
diana@hkimlaw.com
jackie@hkimlaw.com
*Attorneys for SFR Investments Pool 1, LLC*

Seetal Tejura, Esq.
Alverson Taylor Mortensen, et al
7401 W Charleston Blvd
Las Vegas, NV 89117-1401
efile@alversontaylor.com
*Attorneys for Southern Highlands Community Association*

Chad Daniel Fuss, Esq.
Elizabeth B. Lowell, Esq.
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134
cfuss@pengillylawfirm.com
elowell@pengillylawfirm.com
*Attorneys for Terraza Homeowners Association*

Sean L. Anderson
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
sanderson@leachjohnson.com
*Attorneys for Terraza Homeowners Association*

DATED: June 12, 2015

          */s/ Lara J. Taylor*
          An Employee of Snell & Wilmer L.L.P.

21855539