Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
ajacobs@swlaw.com
wklomp@swlaw.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>       Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>       Defendants. | Case No.: 2:15-cv-00813-rfb-gwf<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TERRAZA HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its counsel, the law firm of Snell & Wilmer L.L.P., together with Defendant Terraza Homeowners Association ("Terraza"), by and through its counsel, the law firm of Pengilly Robbins, hereby stipulate and agree as follows:

WHEREAS, Wells Fargo filed its Complaint (Docket #1) on April 30, 2015, alleging, *inter alia*, that Terraza had a recorded lien on the Property located at and identified as 3270 Sicily Heights Court, Las Vegas, Nevada 89141, APN 177-32-218-034 (the "Property"); and

- 1 -

21846249

WHEREAS, Terraza filed a Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") on May 26, 2015 (Docket #9); and

WHEREAS, Terraza represents, and the Clark County Recorder's website reflects, that Terraza has released the liens and claims no adverse interest in the Property; and

WHEREAS, no other party has asserted any cross-claims against Terraza;

NO THEREFORE, it is hereby stipulated and agreed by and between Wells Fargo and Terraza that:

1. Terraza is hereby dismissed from this action without prejudice; and

2. Terraza withdraws its Motion to Dismiss (Docket #9) as moot; and

3. Wells Fargo and Terraza will bear their own costs and fees.

Dated June 25, 2015.

| SNELL & WILMER L.L.P. | PENGILLY ROBBINS |
|---|---|
| By:  */s/ Wayne Klomp*  <br>Amy F. Sorenson (NV Bar No. 12495)<br>Andrew M. Jacobs (NV Bar No. 12787)<br>Wayne Klomp (NV Bar No. 10109)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada  89501-1961<br>Telephone: (775) 785-5440<br>Facsimile: (775) 785-5441<br>*Attorneys for Plaintiff Wells Fargo Bank* | By:  */s/ Elizabeth B. Lowell*  <br>Elizabeth B. Lowell, Esq.<br>Chad D. Fuss, Esq.<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, Nevada  89134-0562<br>Telephone: (702) 889-6665<br>Facsimile: (702) 889-6664<br>*Attorneys for Defendant Terraza Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

DATED: **July 1, 2015**.

Respectfully submitted by:

SNELL & WILMER L.L.P.

 */s/ Wayne Klomp*  
Wayne Klomp, Esq.
50 West Liberty Street, Suite 510
Reno, Nevada  89501-1961
Telephone: (775) 785-5440
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

- 2 -

21846249

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Diana S. Cline, Esq.
Jacqueline A. Gilbert, Esq.
Howard Kim & Associates
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
diana@hkimlaw.com
jackie@hkimlaw.com
*Attorneys for SFR Investments Pool 1, LLC*

Seetal Tejura, Esq.
Alverson Taylor Mortensen, et al
7401 W Charleston Blvd
Las Vegas, NV 89117-1401
efile@alversontaylor.com
*Attorneys for Southern Highlands Community Association*

Chad Daniel Fuss, Esq.
Elizabeth B. Lowell, Esq.
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134
cfuss@pengillylawfirm.com
elowell@pengillylawfirm.com
*Attorneys for Terraza Homeowners Association*

Sean L. Anderson
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
sanderson@leachjohnson.com
*Attorneys for Terraza Homeowners Association*

DATED:  June 25, 2015

              */s/ Lara J. Taylor*
              An Employee of Snell & Wilmer L.L.P.

21846249