ALVERSON, TAYLOR, MORTENSEN & SANDERS
KURT BONDS, ESQ. (#006228)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant / Cross-Claimant*
*SOUTHERN HIGHLANDS*
*COMMUNITY ASSOCIATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>  Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>  Defendant.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>  Counter-Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association<br><br>  Counter-Defendant. | Case No. 2:15-cv-00813-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

-1-

KB/22743

SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,

Cross-Claimant,

vs.

ALESSI & KOENIG, LLC, a Nevada limited-liability company.

Cross-Defendant.

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS AND PRETRIAL ORDER (FIRST REQUEST)

COMES NOW Defendant/ Cross-Claimant Southern Highlands Community Association, by and through Kurt Bonds, Esq. of the Law Firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS, and Plaintiff / Counter-Defendant WELLS FARGO BANK, N.A., by and through the Law Firm of SNELL & WILMER L.L.P., and Defendant/Counter-Claimant SFR INVESTMENTS POOL 1, LLC, by and through Diana Cline, Esq. of the Law Firm of KIM GILBERT EBRON, and Defendant/ Cross-Defendant ALESSI & KOENIG, LLC, by and through Steven T. Loizzi, Esq. of the Law Firm of ALESSI & KOENIG, LLC, hereby submit this Stipulation to extend the deadline to file dispositive motions to August 1, 2016. Further, the parties stipulate to extend the deadline to file the pretrial order, if no dispositive motions are filed, to October 17, 2016.

The parties represent the following:

1.  The deposition of Wells Fargo's 30(b)(6) witness was originally scheduled for June 17, 2016. As a result of the illness of the witness, the deposition was rescheduled to July 15, 2016.

2.  Wells Fargo's 30(b)(6) witness is part of a delayed jury trial in Los Angeles and is on call anytime from July 13, 2016 to July 15, 2016.

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3. The parties agree that the deposition of Wells Fargo's 30(b)(6) witness will now take place on July 19, 2016.

4. To allow the parties to use Wells Fargo's 30(b)(6) witness deposition testimony to support dispositive motions, the parties further agree that the dispositive motions deadline of July 18, 2016 should be extended to August 1, 2016.

5. The parties further agree that the pretrial order deadline of August 17, 2016 should be extended to October 17, 2016 or until 30 days after the Court rules on any dispositive motions, per LR 26-1(b)(5).

. . . .

1   This is the parties' first request for an extension on these deadlines, and this request is not
2   intended to cause any delay or prejudice to any party.  Instead, this stipulation is submitted in
3   good faith to allow the parties to potentially submit dispositive motions with all available
4   information.

5   DATED this 12th day of July, 2016

    ALVERSON, TAYLOR, MORTENSEN
6       & SANDERS

7
    By _____/s/ Kurt Bonds_____
8       KURT BONDS, ESQ. (#006228)
        7401 W. Charleston Boulevard
9       Las Vegas, Nevada  89117
        *Attorneys for Defendant*
10      *SOUTHERN HIGHLANDS*
        *COMMUNITY ASSOCIATION*
11
    *Electronic signatures entered with permission*
12

13  DATED this 12th day of July, 2016

    KIM GILBERT EBRON
14
    By _/s/ Diana Ebron*_____
15      DIANA CLINE EBRON, ESQ. (#010580)
        JACQUELINE A. GILBERT, ESQ. (#010593)
16      KAREN L. HANKS, ESQ. (#09578)
        7625 Dean Martin Drive, Suite 110
17      Las Vegas, NV 89139
        *Attorneys for SFR Investments Pool 1, LLC*
18

DATED this 12th day of July, 2016

SNELL & WILMER L.L.P.


By _____/s/ Wayne Klomp*_____
    AMY F. SORENSON, ESQ. (#012495)
    ANDREW M. JACOBS, ESQ. (#012787)
    WAYNE KLOMP, ESQ. (#010109)
    50 West Liberty Street, Suite 510
    Reno, NV 89501-1961
    *Attorneys for Plaintiff / Counter-*
    *Defendant*
    *WELLS FARGO BANK, N.A.*


DATED this 12th day of July, 2016

ALESSI & KOENIG, LLC

By ___/s/ Steven Liozzi*_____
    STEVEN T. LIOZZI, ESQ. (#010920)
    9500 West Flamingo Road, Suite 205
    Las Vegas, Nevada 89147-5721
    *Attorney for Defendant / Cross-Defendant*
    *Alessi & Koenig, LLC*

19
20
21
22
23
24

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

# **ORDER**

IT IS SO ORDERED.   The deadline for the Parties to file dispositive motions is hereby moved from July 18, 2016 to August 1, 2016.

IT IS FURTHER ORDERED.   The pretrial order deadline is hereby moved from August 17, 2016 to October 17, 2016 or until 30 days after the Court rules on any dispositive motions, per LR 26-1(b)(5).

DATED July 14, 2016

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by

ALVERSON, TAYLOR, MORTENSEN
    & SANDERS

By \_\_\_\_\_*/s/ Kurt Bonds*_____
    KURT BONDS, ESQ. (#006228)
    7401 W. Charleston Boulevard
    Las Vegas, Nevada 89117
    *Attorneys for Defendant*
    *Southern Highlands Community Association*

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000