Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>                    Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>                    Defendants.<br><br>AND ALL RELATED CASES | Case No.: 2:15-cv-00813-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A REPLY TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

It is hereby stipulated by and between all parties to this case including Wells Fargo Bank, N.A. ("Wells Fargo"), Southern Highlands Community Association (the "Association"), SFR Investments Pool 1, LLC ("SFR"), and Alessi & Koenig, LLC ("Alessi" and jointly with Wells

- 1 -

24630763

Fargo, the Association, and SFR, the "Parties"), by and through their attorneys of record as follows:

The Association filed its Response to Wells Fargo's Motion for Summary Judgment (ECF No. 59) on August 1, 2016. Wells Fargo's reply in support of its Motion for Summary Judgment (ECF No. 56) is currently due August 18, 2016. Additionally, the Association filed a Motion for Summary Judgment (ECF No. 61) to which a response by Wells Fargo is due August 25, 2016.

The Parties stipulate and agree that Wells Fargo shall have until August 29, 2016, in which to file its reply in support of its Motion for Summary Judgment and its response to the Association's Motion for Summary Judgment. This is the Parties' first request for an extension of time to file a response and reply and is not intended to cause any delay or prejudice to any party. Rather, the parties have agreed to the extension as an accommodation to Wells Fargo and as a professional courtesy.

*(Signatures on next page)*

24630763

*(Signature page for Stipulation and Order)*

DATED this 10th day of August, 2016.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ David J. Rothenberg*
    Kurt Bonds, Esq.
    Nevada Bar No. 6228
    David J. Rothenberg, Esq.
    Nevada Bar No. 13576
    7401 W. Charleston Boulevard
    Las Vegas, Nevada 89117
    Telephone: (702) 384-7000
    Facsimile: (702) 385-7000
    *Attorneys for Southern Highlands Community Association*

DATED this 10th day of August, 2016.

KIM GILBERT EBRON

By: */s/ Diana Cline Ebron*
    Diana Cline Ebron, Esq.
    Nevada Bar No. 10580
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    Telephone: (702) 485-3300
    Facsimile: (702) 485-3301
    *Attorneys for Defendant SFR Investments Pool 1, LLC*

DATED this 10th day of August, 2016.

ALESSI & KOENIG, LLC

By: */s/ Steven T. Loizzi, Jr.*
    Steven T. Loizzi, Jr., Esq.
    Nevada Bar No. 10920
    9500 West Flamingo Road, Suite 205
    Las Vegas, Nevada 89147-5721
    Telephone: (702) 222-4033
    Facsimile: (702) 222-4043
    *Attorneys for Alessi & Koenig, LLC*

DATED this 10th day of August, 2016.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    Telephone: (775) 785-5440
    Facsimile: (775) 785-5441
    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED  August 11, 2016  .

24630763

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Steven T. Loizzi, Jr., Esq.
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada  89147-5721
steve@alessikoenig.com
*Attorneys for Alessi & Koenig, LLC*

Kurt Bonds, Esq.
David J. Rothenberg, Esq.
Alverson, Taylor, Mortensen & Sanders
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
efile@alversontaylor.com
*Attorneys for Southern Highlands Community Association*

DATED:  August 10, 2016

                                          */s/ Lara J. Taylor*
                                        An Employee of Snell & Wilmer L.L.P.

24630763