Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: ajacobs@swlaw.com
         wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; <br><br> Plaintiff, <br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company; <br><br> Defendants. | Case No.: 2:15-cv-00813-RFB-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |
| AND ALL RELATED CASES | |

The parties to this case including Wells Fargo Bank, N.A. ("Wells Fargo"), Southern Highlands Community Association (the "Association"), and SFR Investments Pool 1, LLC ("SFR" and jointly with Wells Fargo and the Association, the "Parties"),[1] by and through their

---

[1] Alessi & Koenig, LLC has not indicated it intends to participate further in this case pursuant to the Court's order dated July 25, 2018 (ECF No. 80).

- 1 -

attorneys of record hereby stipulate and request an order extending the deadline to file responses to all pending motions for summary judgment. The current deadline for responses is Monday, May 27, 2019, and the deadline for replies is June 3, 2019, as established by the Court's Minute Order lifting the stay on April 10, 2019 (ECF No. 81).

The Parties request that the deadlines be extended by one week and 10 days respectively, to June 3, 2019 for responses and June 13, 2019, for replies. The Parties request this extension in good faith for the benefit of the parties and counsel to provide adequate time for briefing and because their offices will be closed on May 27, 2019 for the Memorial Day holiday.

DATED this 23rd day of May, 2019.

KIM GILBERT EBRON

By:   */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada  89139
    *Attorneys for SFR Investments Pool 1, LLC*

DATED this 23rd day of May, 2019.

SNELL & WILMER L.L.P.

By:   */s/ Wayne Klomp*
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada  89501
    *Attorneys for Plaintiff*

DATED this 23rd day of May, 2019.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By:   */s/ Alexander P. Williams*
    Kurt Bonds, Esq.
    Nevada Bar No. 6228
    Alexander P. Williams, Esq.
    Nevada Bar No. 14644
    7401 W. Charleston Boulevard
    Las Vegas, Nevada  89117
    *Attorneys for Southern Highlands Community Association*

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Dated: May 28, 2019

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY, SUITE 510
RENO, NEVADA 89501
(775) 785-5440

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY, SUITE 510
RENO, NEVADA 89501
(775) 785-5440

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of

3   Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.

4   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

5   Diana S. Ebron, Esq.
    Jacqueline A. Gilbert, Esq.
6   Karen L. Hanks, Esq.
    Kim Gilbert Ebron
7   7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
8   diana@kgelegal.com
    jackie@kgelegal.com
9   karen@kgelegal.com
    *Attorneys for SFR Investments Pool 1, LLC*
10

11  Kurt Bonds, Esq.
    Alexander P. Williams, Esq.
    Alverson, Taylor, Mortensen & Sanders
12  7401 W. Charleston Boulevard
    Las Vegas, Nevada 89117
13  efile@alversontaylor.com
    *Attorneys for Southern Highlands Community Association*
14

15      DATED:   May 23, 2019.

16                                       */s/ Lara J. Taylor*
                                      An Employee of Snell & Wilmer L.L.P.
17

18

19

20

21

22

23

24

25

26

27

28