1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@KGElegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@KGElegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@KGElegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br>Plaintiff,<br>vs.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; TERRAZA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC., a Nevada limited liability company,<br>Defendants.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br>Counter-Claimant,<br>vs.<br>WELLS FARGO BANK, N.A., a national banking association,<br>Counter-Defendant. | Case No. 2:15-cv-00813-RFB-DJA<br><br>**[PROPOSED] SUPPLEMENTAL ORDER GRANTING SFR INVESTMENTS POOL 1, LLC'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court came Southern Highlands Community Association's ("Association") Motion for Summary Judgment [ECF No. 82], SFR Investments Poo1, LLC's Motion for Summary Judgment [ECF No. 83] and Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion for Summary Judgment [ECF No. 84]. Having considered the respective Responses [ECF Nos. 92, 93, 94, and 95] and Replies [ECF Nos. 95, 96, 97, and 98], and for all the reasons stated on the

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

record at the hearing held on August 14, 2016, the transcript of which is incorporated herein by reference, the Court rules as follows:

IT IS HEREBY ORDERED that SFR's Motion for Summary Judgment is **GRANTED,** Association's Motion for Summary Judgment is **GRANTED**, and Bank's Motion for Summary Judgment is **DENIED.** The nonjudicial foreclosure sale conducted on September 26, 2012 extinguished all junior interests in the Property, including the deed of trust recorded as Instrument No. 20080930-0004439. As a result, Wells Fargo, its successors or assigns, has no enforceable lien, interest or property right in the real property located at 3270 Sicily Heights Ct., Las Vegas, NV 89141; Parcel No. 177-32-218-034. The Court further finds that there is no basis to support the lis pendens in this case as Wells Fargo has no existing interest in the Property. The lis pendens recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 20150611-0002087 shall therefore be expunged.

DATED:  August 22, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**Kim Gilbert Ebron**

*/s/ Jason G. Martinez*_____
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Approved as to Form and Content:

**Snell & Wilmer, LLP**

*/s/ Wayne Klomp*_____
WAYNE KLOMP, ESQ.
Nevada Bar No. 10109
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89121
*Attorneys for Wells Fargo Bank, N.A.*

Approved as to Form and Content:

**Alverson Taylor & Sanders**

*/s/ Alexander Williams*_____
ALEXANDER WILLIAMS, ESQ.
Nevada Bar No. 14644
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Southern Highlands Community Association*